**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL SMITH,** | : | **No. 3:26cv2594** |
| **Petitioner** | : | **(Judge Munley)** |
| **v.** | : | |
| **WARDEN, FPC LEWISBURG,** | : | |
| **Respondent** | : | |

# ORDER

**AND NOW**, to wit, this 22nd day of October 2026, upon consideration of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The habeas petition is **DENIED**. (Doc. 1).
2. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**